IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HOWELL WAY WOLTZ,                )
                                 )
            Petitioner,          )
                                 )
      v.                         )    1:15CV82
                                 )
BRADLEY G. WHITLEY, et al.,      )
                                 )
            Respondents.         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b), and, on December 17, 2015, was served on the parties in this action. (Doc. 13.) No objections were filed within the time limits prescribed by § 636.

Because no objections were filed, the court need not make a de novo review, and the Magistrate Judge's Recommendation is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion for Sanctions or Entry of Default (Doc. 3) is DENIED as moot.

/s/   Thomas D. Schroeder
United States District Judge

February 16, 2016